**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SECURITY NATIONAL INSURANCE
COMPANY,

    Plaintiff,

v.                                       Case No: 8:22-cv-106-CEH-CPT

HENDRIK UITERWYK, P.A., VICKI
S. UITERWYK and A ADVOCATES
& ATTORNEYS OF KENNEDY
LAW GROUP, P.A.,

    Defendants.
_____

## DECLARATORY JUDGMENT

The Court, having granted Plaintiff Security National Insurance Company's Motion for Summary Judgment (Doc. 86) as to Count Five of Plaintiff's Amended Complaint, now enters this Declaratory Judgment. Accordingly, it is hereby

**ORDERED and ADJUDGED**:

For the reasons set forth in the Order granting Plaintiff Security National Insurance Company's Motion for Summary Judgment, the Court declares that Security National Insurance Company has no duty to defend or indemnify Hendrik Uiterwyk, P.A., or Vicki S. Uiterwyk, as personal representative of the Estate of Hendrik Uiterwyk, under the policy of insurance No. SES1797032 00 issued to Abrahamson & Uiterwyk, in connection with the Underlying Lawsuit in the Thirteenth Judicial Circuit Court in and for Hillsborough County, Florida, styled *A*

*Advocates & Attorneys of Kennedy Law Group, P.A. aka Kennedy Law Group v. Hendrik Uiterwyk, P.A. fka Uiterwyk & Barnes P.A. dba Abrahamson and Uiterwyk, et. al.,* Case No. 21-CA-001347. Likewise, for the reasons set forth in the Order granting Plaintiff Security National Insurance Company's Motion for Summary Judgment, the Court declares that Security National Insurance Company has no duty to defend or indemnify Hendrik Uiterwyk, P.A., or Vicki S. Uiterwyk, as personal representative of the Estate of Hendrik Uiterwyk, under the policy of insurance No. SES1797032 00 issued to Abrahamson & Uiterwyk, in connection with the Statement of Claim filed by KLG in the probate proceeding styled *In Re. Estate of Hendrik Uiterwyk,* Case No. 21-CP-000258.

The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on March 27, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record